**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 22, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00280-CV

---

### IN RE DAVID STONE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-53457**

---

## MEMORANDUM OPINION

On May 21, 2021, relator David Stone filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Brittanye Morris, presiding judge of the 333rd District Court of Harris County, to "vacate its [sic] Order of May 6, 2021 and grant the abatement required by section 73.062 of the Texas Civil Practice and Remedies Code . . . ."

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.